UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TKLEMARIAM HAGOS, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF CORRECTIONS, <br><br> Defendant. | CASE NO. 2:24-cv-00293-JNW <br><br> **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 11th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1